IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| LOPEZ-LONG, GRICELDA | Case No. 0:16-BK-12251-PS |
| Debtor(s) | **ORDER APPROVING APPLICATION TO EMPLOY AUCTIONEER** |

The Application of Lawrence J. Warfield, Chapter 7 Trustee, to employ an auctioneer for the sale of personal property, having come before the Court seeking to employ BKAssets.com, LLC. as auctioneer in the above-captioned case for the property known as

**DESCRIPTION OF PROPERTY TO BE SOLD**

1. Bridge Canyon Country Estates Unit #23 Lot 4910
   APN# 301-47-280 Bridge Canyon

2. Bridge Canyon Country Estates Unit #23 Lot 4910
   APN#301-47-281

and there being no objection thereto, and good cause appearing, it is

**ORDERED** approving Trustee's Application to Employ Auctioneer calling for the employment of BKAssets.com, LLC as auctioneer for this estate and for Trustee upon the terms and conditions set forth in the Application. It is further

**ORDERED** that upon completion of the duly advertised auction sale, a sworn report of sale, with all expenses properly documented, shall be submitted to the Trustee and filed with the Court. Auctioneer's fees and expenses shall not exceed 10% of the gross sales, and such other actual expenses shall not exceed $250.00, and are subject to Court approval thereof.

Approval of employment of a professional person DOES NOT automatically approve any fee arrangement set forth in the application or any attachments thereto. No fees are pre-approved by the

court. Any request for a professional fee must be made separately, by a detailed application supporting the request, notice must be given to creditors and other parties-in-interest (unless notice is not required by applicable rules), and the court must have an opportunity to review any objections which any party may have. The court may also consider the application in the absence of any objections, and may adjust the fees according to the merits of the particular case. 11 U.S.C. §§ 327, 328, 329, 330, and 331.

**SIGNED AND DATED ABOVE**