LAWRENCE J. WARFIELD
CHAPTER 7 PANEL TRUSTEE
PO Box 3350
Carefree, AZ 85377

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | CHAPTER 7 |
| ) | |
| **LOPEZ-LONG, GRICELDA** ) | Case No. **0:16-bk-12251-PS** |
| ) | |
| ) | TRUSTEE'S REPORT OF INTERNET |
| ) | AUCTION SALE |
| Debtor(s). ) | |
| ) | |

Pursuant to Fed. R. Bankr. P. 6004(f)(1), **LAWRENCE J. WARFIELD**, Trustee, in the above-captioned case reports to the Court that pursuant to the appointment of Internet auctioneer and after due notice to creditors and interested parties, public auction was held on the Internet venue known as **www.ebay.com** with the sale commencing on **03/03/17** at **15:12:40 PDT** and ending **03/11/17** at **16:12:40 PDT**. The Internet sales were conducted by Internet auctioneer, BKAssets.com LLC, and the estate property was **Estate's Interest Vacant land located in Seligman, Yavapai County, Arizona, with the legal description: Bridge Canyon Country Estates Unit #23 Lot 4910** and sold for the highest bid sums of **$965.00**. Expenses reimbursed by the buyer to the Trustee was **$225.00**. Total gross amount of the proceeds paid to the Trustee was **$1,190.00**.

A report of items sold by auctioneer is attached hereto as Exhibit A and is incorporated herein by this reference.

March 17, 2017                     /s/ Lawrence J. Warfield
DATE                                       Lawrence J. Warfield, Chapter 7 Panel Trustee

# EXHIBIT A

### REPORT OF INTERNET AUCTION

BANKRUPTCY CASE NAME:                    GRICELDA LOPEZ-LONG

BANKRUPTCY CASE NUMBER:                16-bk-12251-PS

CHAPTER 7 TRUSTEE:                            LAWRENCE J. WARFIELD

INTERNET VENUE SELECTED BY AUCTIONEER:    www.ebay.com

INTERNET SALE PERIOD:                       10-Day Auction

**Commencing 03/03/17 at 15:12:40 PDT and concluded on 03/11/17 at 16:12:40 PDT**

NUMBER OF BIDS RECEIVED:               4

SOLD TO:                                     JIM BAILEY
                                              708 S. KACHINA
                                              MESA, AZ. 85204

FINAL AMOUNT RECEIVED AND REMITTED TO TRUSTEE, **LAWRENCE J. WARFILED**:

     $1,190.00 (HIGHEST BID OF $965 + $225 REIMBURSEMENT TO TRUSTEE FOR AUCTION LISTING FEE AND SHIPPING)

ADDITIONAL EXHIBITS ATTACHED:

"B"     Bidding report from eBay
"C"     eBay advertisement created for the sale by BKAssets.com

        Email correspondence from [eBay/BKAssets] bidders available upon request

So reported by:
     Dated: MARCH 17, 2017                 /s/ David A. Birdsell
                                                David A. Birdsell, Managing Member

# Exhibit B

Hi David!     Sell    My eBay

 Search...     All Categories

Back to item description

# Bid history

Tell us what you think

Item number: 182457684714

 1 Acre of Vacant Land in Seligman, Yavapai County, Arizona!

Winning bid: **US $965.00**

---

Bidders: 2    Bids: 4    Time Ended: **Mar-13-17 16:12:40 PDT**    Duration: **10 days**

Your item sold for US $965.00

Only actual bids (not automatic bids generated up to a bidder's maximum) are shown. Automatic bids may be placed days or hours before a listing ends. Learn more about bidding.

Show auto

| Bidder (show contact info) | Bid Amount | Bid Time | Location | Shipment Status | Action |
|---|---|---|---|---|---|
| **bailey1973 ( 252 ☆ )** | **US $965.00** | **Mar-11-17 18:59:30 PST** | 85204-3632 | -- | Mark as payment / More actions |
| chrimoh-80 ( 0 ) | US $955.00 | Mar-13-17 14:18:28 PDT | 30824 | -- | Send second char |
| chrimoh-80 ( 0 ) | US $935.00 | Mar-13-17 03:28:17 PDT | 30824 | -- | Send second char |
| chrimoh-80 ( 0 ) | US $905.00 | Mar-13-17 03:27:46 PDT | 30824 | -- | Send second char |
| Starting Price | US $895.00 | Mar-03-17 15:12:40 PST | | | |

If two bidders placed the same bid amount, the earlier bid takes priority. See how to cancel bids.

---

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Information Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2017 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice

Case 0:16-bk-12251-PS    Doc 35    Filed 03/30/17    Entered 03/30/17 07:48:56    Desc
Main Document    Page 4 of 8

http://offer.ebay.com/ws/eBayISAPI.dll?ViewBids&item=182457684714&rt=nc&_trksid=p2047679.l2565    1/1

# Exhibit C

Hi David!        Sell    My eBay

 Search...       All Categories

Back to previous page | Listed in category: Real Estate > Land

You sold this item | Relist

- Sell a similar item

**Listing Info**
Page views: 291
High bidder ID: bailey1973 (252 ☆ ) 100%
Duration: 10 days
Start time: Mar 03, 2017 15:12:40 PST
Start price: US $895.00

## 1 Acre of Vacant Land in Seligman, Yavapai County, Arizona!

Item condition: --
Ended: Mar 13, 2017, 4:12PM
Winning bid: **US $965.00** [ 4 bids ]

**Seller information**
bkassets (701 ) me
100% Positive feedback

Shipping: Free Local Pickup | See details
Item location: Seligman, Arizona, United States
Ships to: Local pickup only

Visit store    Online Bankrup
See other items

Delivery: Varies

Coverage: Read item description or contact seller for details. See all details
(Not eligible for eBay purchase protection programs)

Have one to sell?   Sell now

| Description | Shipping and payments |

eBay item number:

(i) **In mid-2017 eBay will begin to turn off active content.**
Make sure your item looks good with active content turned off by previewing it now. *(This will not impact how others see your listings)*
Preview | Learn more

Seller assumes all responsibility for this listing.

### Item specifics

| | | | |
|---|---|---|---|
| Seller State of Residence: | Arizona | City: | Seligman |
| Property Address: | 32125 West Topo Circle East | Acreage: | 1.05 |
| State/Province: | Arizona | Zip/Postal Code: | 86337 |
| | See Map | | |
| | Portions of this page and links may be provided by third party content providers such as MapQuest.com, and they are solely responsible for such content. | | |

Hi bkassets. If you like what you see, browse my Store to find more items you may love.



Search Store

About Me | Terms

(SALE) Items On Sale

Store home
Vacant Land
Price Reduced!!

## Vacant Land in Seligman, Yavapai County, Arizona!

**Item Id:** Lopez-Long01
**Case Name:** Lopez-Long, Gricelda
**Case Number:** 16 12251
**Trustee:**
**Description:** Estate's interest in 1.05 acres of vacant land in Seligman, Arizona near the historic Route 66. The Topo Circle East, Seligman, AZ 86337. The status of water, power, sewer and utilities is unknown. description is 'Bridge Canyon Country Estates Unit #23 Lot 4910

2016 taxes were approximately $39.94 and have not been paid. 2015 taxes were $40.76 and have b current year taxes, including late fees, of $42.07.

The property is a part of the Bridge Canyon Country Estates are of Northern Arizona. We are not av

**Location Info:** The property is located just northwest of Seligman, and is located on a cul-de-sac. It is approximat Bridge Canyon Parkway and south of Aubrey Valley. It is just south of historic Route 66. Seligman i Phoenix metro area.

**Liens:** There is a total due in past due taxes of $42.07 as of 2/28/17. **We do not know of any other lie**

**Notes:** **A closing cost fee of $225 will apply. This is all we know about this item. Any fees/liens** the final bid price. A bid submitted by a buyer is an agreement to our Terms. Buyers should not complete the sale in accordance with our Terms (to view terms, click "Terms" tab in Seller Store he familiarize themselves with eBay policy regarding bids exceeding $15,000.

**Title and Escrow:** A title search was NOT performed on this property. BKAssets does not provide title insurance. If titl responsible for obtaining it through a title company. The title company must comply with the terms Because this is a US Bankruptcy Court ordered, as is where is sale, BKAssets is not permitted to use warranties or guarantee, implied or stated.

**Legal Info:** By Order of the United States Bankruptcy Court, BKAssets sells this and any other property "AS IS, implied or stated. This means that the Seller and the trustee are not responsible for problems (if an property, or any liens or encumbrances against the unit. The buyer will be entirely responsible for t but not limited to: paying any fees/costs associated with this property, paying all fees/liens (if any) gathering any paperwork/documentation necessary for that process. Seller and trustee are NOT rea be under no obligation to buyer except to provide buyer with a Trustee's Deed. All the information a provided by the management company, County Assessor / Treasurer, and/or the Resort. BKAssets c information is accurate. BKAssets recommends all bidders perform their own due diligence prior to this sale may be subject to court approval.

**Payment Info:** $U.S. Money order, certified check, cashier's check. BKAssets may also accept "Bill Pay" Fargo, Bank of America, a local regional bank or credit union. If you would like to use "t **of these establishments, please call BKAssets prior to sending payment.**

A closing cost fee of $225 (payable to seller) will apply. Full payment must be received withi who does not complete the sale within 7 days from the close of auction will be considered in default the next highest bidder.

**Shipping Info:** **Shipping is free to all buyers in the United States.** International bidders are welcome, please countries other than the United States prior to bidding. Shipping costs to locations outside of the US auction. **Please be advised that because this is a US Bankruptcy Court Ordered sale, and s take an average of 3-6 weeks.**

### Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

Related buying guides : Why to Buy a Vacant Land

More to explore : Arizona Size 1 Shorts for Women, Arizona Jeans Men's 1/2 Zip Sweaters, Arizona 1/2 Zip Sweaters for Men, Lands' End 1/2 Zip Sweaters for Men, 1:10 Rc Airplane & Helicopter Landing Gears, 1:10 RC Airplane & Helicopter Landing Gears

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Information Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2017 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice