LAWRENCE J. WARFIELD
CHAPTER 7 PANEL TRUSTEE
PO Box 3350
Carefree, AZ 85377

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF **ARIZONA**

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| **LOPEZ-LONG, GRICELDA** | ) | Case No. **0:16-bk-12251-PS** |
| | ) | |
| | ) | TRUSTEE'S REPORT OF INTERNET |
| | ) | AUCTION SALE |
| Debtor(s). | ) | |
| | ) | |

Pursuant to Fed. R. Bankr. P. 6004(f)(1), **LAWRENCE J. WARFIELD**, Trustee, in the above-captioned case reports to the Court that pursuant to the appointment of Internet auctioneer and after due notice to creditors and interested parties, public auction was held on the Internet venue known as **www.ebay.com** with the sale commencing on **03/14/17** at **12:14:46 PDT** and ending **04/13/17** at **16:00:46 PDT**. The Internet sales were conducted by Internet auctioneer, BKAssets.com LLC, and the estate property was **Estate's Interest Vacant land (1 acre) located in Seligman, Yavapai County, Arizona, with the legal description: Bridge Canyon Country Estates Unit #23 Lot 4911** and sold for the highest bid sums of **$615.00**. Expenses reimbursed by the buyer to the Trustee was **$225.00**. Total gross amount of the proceeds paid to the Trustee was **$840.00**.

A report of items sold by auctioneer is attached hereto as Exhibit A and is incorporated herein by this reference.

March 17, 2017                                         /s/ Lawrence J. Warfield
   DATE                                              Lawrence J. Warfield, Chapter 7 Panel Trustee

# EXHIBIT A

## REPORT OF INTERNET AUCTION

BANKRUPTCY CASE NAME: **GRICELDA LOPEZ-LONG**

BANKRUPTCY CASE NUMBER: **16-bk-12251-PS**

CHAPTER 7 TRUSTEE: **LAWRENCE J. WARFIELD**

INTERNET VENUE SELECTED BY AUCTIONEER: www.ebay.com

INTERNET SALE PERIOD: 30-Day Auction

**Commencing 03/14/17 at 12:00:46 PDT and concluded on 04/13/17 at 12:00:46 PDT**

NUMBER OF BIDS RECEIVED: 2

SOLD TO: **JIM BAILEY**
**708 S. KACHINA**
**MESA, AZ. 85204**

FINAL AMOUNT RECEIVED AND REMITTED TO TRUSTEE, **LAWRENCE J. WARFILED**:

$840.00 (HIGHEST BID OF $615 + $225 REIMBURSEMENT TO TRUSTEE FOR AUCTION LISTING FEE AND SHIPPING)

ADDITIONAL EXHIBITS ATTACHED:

"B"   Bidding report from eBay
"C"   eBay advertisement created for the sale by BKAssets.com

Email correspondence from [eBay/BKAssets] bidders available upon request

So reported by:
Dated: MARCH 17, 2017           /s/ David A. Birdsell
                                David A. Birdsell, Managing Member

# Exhibit B

**ebay** Search...    All Categories ▼

Back to item description

# Bid history

Tell us what you think

Item number: 152471266717



1 Acre of Vacant Land in Seligman, Yavapai County, Arizona!

Winning bid: **$615.00**

Bidders: 2    Bids: 2    Time Ended: 13 Apr 2017 at 12:00:46AM PDT    Duration: 30 days

Your item sold for $615.00

Only actual bids (not automatic bids generated up to a bidder's maximum) are shown. Automatic bids may be placed days or hours before a listing ends. Learn more about bidding.

**Show automatic bids**

| Bidder | Bid Amount | Bid Time | Location | Shipping status | Action |
|---|---|---|---|---|---|
| **bailey1973 ( 253 )** | $615.00 | 15 Mar 2017 at 10:07:11AM PDT | 85204 | -- | |
| isaakoenk-0 ( 25 ) | $605.00 | 20 Mar 2017 at 12:25:10PM PDT | 93063 | -- | |
| Starting Price | $595.00 | 14 Mar 2017 at 12:00:46AM PDT | | | |

If two bidders placed the same bid amount, the earlier bid takes priority. See how to cancel bids.

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Information Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2017 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice

# Exhibit C

Hi David!        Sell    My eBay

 Search...        All Categories

Back to previous page | Listed in category:    Real Estate > Land

You sold this item | Relist

- Sell a similar item

**Listing info**

| | |
|---|---|
| Page views: | 637 |
| High bidder ID: | bailey1973 (253 ★ ) 100% |
| Duration: | 30 days |
| Start time: | Mar 14, 2017 00:00:46 PDT |
| Start price: | US $595.00 |

**Sponsored Links**

s3.glo.texas.gov ▼    **Raw Land for Texas Veterans - Borrow Up to $150K For Land**
For a minimum 5% down, Texas vets can qualify for loans up to $150K. Learn more.

justfly.com ▼    **Arizona Round Trip Flights - Significantly Discounted Fares**
★★★★★ (4.6)    Cheap Flights To **Arizona**. Clear Prices. Limited Tickets Left. Book Today & Save!
Destinations: US, Europe, Asia, Caribbean, Canada, Middle East, Africa, Oceania, Latin America
"...Flights for those inspired to travel." - CrunchBase

| Cheap Flights On Sale | One-Way Flights |
|---|---|
| Round-Trip Flights | JustFly™ Official |
| Coupon:CHEAPFLIGHTS | Non-Stop Flights |

loopnet.com ▼    **Vacant Land Available - 1000's of Listings Added Daily**
Search 1000's of **Vacant Land** For Sale Listings Near You.

bankforeclosed... ▼    **Vacant Land For Sale - Foreclosures As Low As $10K**
Sort By Price, Neighborhood & More. Search By City Or Zip - 100% Free!
Types: Single Family Homes, Townhouses, Condos, Apartments

### 1 Acre of Vacant Land in Seligman, Yavapai County, Arizona!

| | |
|---|---|
| Item condition: | — |
| Ended: | Apr 13, 2017, 12:00AM |
| Winning bid: | US $615.00 [ 2 bids ] |
| | Add to list |
| Shipping: | Free Local Pickup | See details |
| | Item location: Seligman, Arizona, United States |
| | Ships to: Local pick-up only |
| Delivery: | Varies |
| Coverage: | Read item description or contact seller for details. See all details |
| | (Not eligible for eBay purchase protection programs) |

**Seller information**
bkassets (704 ) m⊕
100% Positive feedback

Visit store:    Online Bankrup
See other items

Have one to sell?    Sell now

**Description**    **Shipping and payments**

eBay item number:

(!) **In June 2017 eBay will turn off all active content in listings.**
Make sure your item looks good with active content turned off by previewing it now. *(This will not impact how others see your listings)*
Preview | Learn more

Seller assumes all responsibility for this listing.

### Item specifics

| | | | |
|---|---|---|---|
| Seller State of Residence: | Arizona | Type: | Homesite, Lot |
| Property Address: | North Calle Topo | Acreage: | 1 |
| State/Province: | Arizona | Zip/Postal Code: | 86337 |
| City: | Seligman | | See Map<br>Portions of this page and links may be provided by t<br>party content providers such as MapQuest.com, and<br>they are solely responsible for such content. |

### Online Bankruptcy Asset Auctions

Visit my eBay st

Hi bkassets. If you like what you see, browse my Store to find more items you may love.



[ Search Store ]

About Me | Terms
 Items On Sale

### Store Categories

**Store home**
**Vacant Land**
**Super Steals!**

# Vacant Land in Seligman, Yavapai County, Arizona!

**Item Id:** Lopez-Long02
**Case Name:** Lopez-Long, Gricelda
**Case Number:** 16 12251
**Trustee:**
**Description:** Estate's interest in 1 acre of vacant land in Seligman, Arizona near the historic Route 66. The pro[  
Seligman, AZ 86337. The status of water, power, sewer and utilities is unknown. The APN# is 30  
Canyon Country Estates Unit #23 Lot 4911

2016 taxes were approximately $39.94 and have not been paid. 2015 taxes were $40.76 and have i  
and past due taxes in the amount of $42.60.

The property is a part of the Bridge Canyon Country Estates are of Northern Arizona. We are not a

**Location Info:** The property is located just northwest of Seligman. It is approximately two miles north of I-40, nc  
Calle Vaca. It is just south of historic Route 66. Seligman is approximately 2 hours north of the Ph

**Liens:** There is a total due in past due taxes of $42.60 as of 3/15/17. **We do not know of any other lie**

**Notes:** **A closing cost fee of $225 will apply. This is all we know about this item. Any fees/liens  
final bid price.** A bid submitted by a buyer is an agreement to our Terms. Buyers should not bid  
in accordance with our Terms (to view terms, click "Terms" tab in Seller Store header at top of ad)  
with eBay policy regarding bids exceeding $15,000.

**Title and Escrow:** A title search was NOT performed on this property. BKAssets does not provide title insurance. If tit  
responsible for obtaining it through a title company. The title company must comply with the terms  
Because this is a US Bankruptcy Court ordered, as is where is sale, BKAssets is not permitted to us  
warranties or guarantee, implied or stated.

**Legal Info:** By Order of the United States Bankruptcy Court, BKAssets sells this and any other property "AS IS,  
stated. This means that the Seller and the trustee are not responsible for problems (if any) with th  
liens or encumbrances against the unit. The buyer will be entirely responsible for this property afte  
paying any fees/costs associated with this property, paying all fees/liens (if any), recording/transfe  
paperwork/documentation necessary for that process. Seller and trustee are NOT realtors. BKAsset  
obligation to buyer except to provide buyer with a Trustee's Deed. All the information as to the iter  
management company, County Assessor / Treasurer, and/or the Resort. BKAssets cannot guarantee  
BKAssets recommends all bidders perform their own due diligence prior to bidding. As with any bar  
court approval.

**Payment Info:** **$U.S. Money order, certified check, cashier's check. BKAssets may also accept "Bill Pay'  
Bank of America, a local regional bank or credit union. If you would like to use "Bill Pa}  
establishments, please call BKAssets prior to sending payment.**

**A closing cost fee of $225 (payable to seller) will apply.** Full payment must be received with  
does not complete the sale within 7 days from the close of auction will be considered in default. Se  
highest bidder.

**Shipping Info:** **Shipping is free to all buyers in the United States.** International bidders are welcome, please  
countries other than the United States prior to bidding. Shipping costs to locations outside of the US  
**Please be advised that because this is a US Bankruptcy Court Ordered sale, and subject t  
average of 3-6 weeks.**

---

**Questions and answers about this item**

No questions or answers have been posted about this item.

Ask a question

---

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Information Center   Policies   Affiliates   Help & Contact   Site Map

http://www.ebay.com/itm/1-Acre-of-Vacant-Land-in-Seligman-Yavapai-County-Arizona-/1524712667117?rd=1   3/4

Back to previous page

Related buying guides : Why to Buy a Vacant Land

More to explore : Arizona Size 1 Shorts for Women, Arizona 1/2 Zip Sweaters for Men, Arizona Jeans Men's 1/2 Zip Sweaters, Lands' End 1/2 Zip Sweaters for Men,
1:10 Rc Airplane & Helicopter Landing Gears,  1:10 RC Airplane & Helicopter Landing Gears